UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DANIELLE GRANGER,

                Plaintiff,

      -vs-

HYATT CORPORATION,

                Defendant.

**SETTLEMENT ORDER**

04-CV-6451L

---

      The Court having been advised by counsel that the above action has been settled, it is therefore

      ORDERED, that the action and all claims and cross-claims therein are hereby dismissed with prejudice. Each party must bear its own costs; and it is further

      ORDERED, that if there is a material breach of the terms of settlement, either party, on notice, may move to vacate this dismissal order and restore the case to the calendar.

                                              _____
                                              DAVID G. LARIMER
                                              UNITED STATES DISTRICT JUDGE

Dated:  Rochester, New York
           July 22, 2005.